

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUSE' B., *A MINOR BY HIS PARENT, HANNA B.*, **Plaintiff** | : : : : | CIVIL ACTION |
| v. | : : | No. 06-CV-00343 |
| UPPER DARBY SCHOOL DISTRICT, et al., **Defendants** | : : | |

### O R D E R



AND NOW, on this 5th day of October, 2007, following an independent and de novo review of the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice, it is hereby ORDERED that the Report and Recommendation is adopted.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, defendant is directed to fund the guardian's services at a rate of $100 per hour, up to a maximum payment of $10,000. This order is necessary and appropriate to aid in the enforcement and implementation of my May 3, 2006 consent decree, and is agreeable to the usage and

principles of law. See Jones v. Lilly, 37 F.3d 964, 968 (3d Cir. 1994) (court may avail itself of the All Writs Act to achieve the ends of justice entrusted to it and aid in performance of the court's duties). Moreover, in light of the unreasonable behavior of Muse's mother -- behavior that was against demonstrated during Judge Rice's October 3, 2007 hearing -- the participation of a guardian is critical to protecting Muse B's best interests.

BY THE COURT:

*Paul S. Diamond*
_____
PAUL S. DIAMOND
U.S. DISTRICT COURT JUDGE

Emailed
10-9-07
M. Romberger
S. Hutter

Mailed
10-9-07
Bedhi

6